IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:10cr85WHB-LRA

SHARRON DIXON HAYNES                 18 U.S.C. § 1001
a/k/a/ Sharron A. Haynes

**The Grand Jury charges:**

COUNT 1

That on or about June 01, 2009, in Hinds County in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **SHARRON DIXON HAYNES, a/k/a Sharron A. Haynes**, did knowingly and willfully make and cause to be made, and use and cause to be used, a false writing or document in a matter within the jurisdiction of the Office of Labor Management Standards, part of the Department of Labor, by submitting a false certification of her eligibility for election by the National Association of Letter Carriers (NALC), Branch 217, which she knew contained a false and fraudulent statement of material fact in as much as the defendant falsely certified that she had not served as a supervisor within two years prior to October 2008, when in truth and in fact she knew that she had served as a supervisor in May 2008, in violation of Section 1001, Title 18, United States Code.

COUNT 2

That on or about July 07, 2009, in Hinds County in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **SHARRON DIXON HAYNES, a/k/a Sharron A. Haynes**, did knowingly and willfully make and cause to be made, and use and cause to be used, a false writing or document in a matter within the jurisdiction of the Office of Labor Management Standards, part of the Department of Labor, by submitting a false certification of her eligibility for

election by the National Association of Letter Carriers (NALC), Branch 217, which she knew contained a false and fraudulent statement of material fact in as much as the defendant falsely certified that she had not served as a supervisor within two years prior to October 2008, when in truth and in fact she knew that she had served as a supervisor in May 2008, in violation of Section 1001, Title 18, United States Code.

## COUNT 3

That on or about July 15, 2009, in Hinds County in the Jackson Division of the Southern District of Mississippi, and elsewhere, the defendant, **SHARRON DIXON HAYNES, a/k/a Sharron A. Haynes**, did knowingly and willfully make and cause to be made, and use and cause to be used, a false writing or document in a matter within the jurisdiction of the Office of Labor Management Standards, part of the Department of Labor, by submitting a false certification of her eligibility for election by the National Association of Letter Carriers (NALC), Branch 217, which she knew contained a false and fraudulent statement of material fact in as much as the defendant falsely certified that she had not served as a supervisor within two years prior to October 2008, when in truth and in fact she knew that she had served as a supervisor in May 2008, in violation of Section 1001, Title 18, United States Code.

_____
DONALD R. BURKHALTER
United States Attorney

s/Signature Redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 18th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

2